UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CAROL J. REID, | ) | |
| S.S. No. 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 | ) | |
|             Debtor, | ) | CASE NO. 04-70335 |
| | ) | Chapter 7 |
| CAROL J. REID, f/k/a | ) | |
| C. JEAN THOMAS-BEY, | ) | |
|             Plaintiff, | ) | |
| vs. | ) | |
| | ) | ADVERSARY |
| SALLIE MAE SERVICING CORP. and | ) | CASE NO. |
| TEXAS GUARANTEED STUDENT | ) | |
| LOAN CORPORATION, | ) | |
| | ) | |
|             Defendants. | ) | |

**COMPLAINT TO DETERMINE THE**
**DISCHARGEABILITY OF A DEBT UNDER 11 USC 523(a)(8)**

Jurisdiction of this matter is conferred on the Court by 28 USC 1334, and this Complaint constitutes a core proceeding.

This action is brought pursuant to 11 USC 523(a)(8).

1. The plaintiff, CAROL J. REID, f/k/a C. JEAN THOMAS-BEY, is the debtor in the above-entitled case under Chapter 7 of the U.S. Bankruptcy Code.

2. The defendant, SALLIE MAE SERVICING CORP. is a creditor in the above-entitled case under Chapter 7 of the U.S. Bankruptcy Code.

3. The defendant, TEXAS GUARANTEED STUDENT LOAN CORPORATION is a creditor in the above-entitled case under Chapter 7 of the U.S. Bankruptcy Code.

4. The plaintiff, on or about February 22, 1990, signed an Application/ Promissory note (See attached Exhibit A) with the defendant, SALLIE MAE SERVICING

CORP., consolidating certain student loans incurred during the years of 1985 through 1988, in the total amount of $27,523.00. Plaintiff was never notified by the defendant as to which of the loans listed on the Application were approved by the defendant for consolidation.

5. On or about June 3, 2002, plaintiff was notified by the defendant, SALLIE MAE SERVICING CORP., that the payments she had been making were being applied to a second loan that was owed by the plaintiff, also incurred on or about September 29, 1990, with a total balance of $6,595.14. (See attached Exhibit B). Plaintiff is unaware of when or where this second loan was actually incurred, and defendant has failed to provide any supporting documents.

6. One or both of the loans allegedly owed to the defendant, SALLIE MAE SERVICING CORP., have been assigned to numerous collection agencies for collection.

7. On or about November 3, 1997, the plaintiff was notified that the defendant, TEXAS GUARANTEED STUDENT LOAN CORPORATION (TGSLC), paid a default claim in the amount of $46,626.52 to the defendant, SALLIE MAE SERVICING CORP., and as a result of the default, plaintiff's original promissory note(s) were assigned to defendant TGSLC. (See attached Exhibit C).

8. On or about February 5, 2004, the defendant, TGSLC, sent a statement to the plaintiff indicating that the outstanding balance on the loan was $82,524.02, and a monthly payment of $2,245.75 was immediately due and payable. (See attached Exhibit D).

9. The plaintiff, as recently as January 11, 2004, received another statement from the defendant, SALLIE MAE SERVICING CORP., indicating she still had an

outstanding principal balance of $5,719.98 on an unknown loan with that defendant, requesting a monthly payment of $108.92. (See attached Exhibit E).

10. The total amount of the loans allegedly owed to the defendants, SALLIE MAE SERVICING CORP. And TEXAS GUARANTEED STUDENT LOAN CORPORATION, is, according to their correspondence, $88,244.00, plus additional interest and collection costs.

11. The plaintiff's current financial condition precludes her from maintaining a minimal standard of living if forced to repay these student loans.

12. Additional circumstances exist which indicate that the plaintiff's dire financial condition is likely to exist for a significant portion of the repayment period.

13. The plaintiff has made a good faith effort to repay these, and other student loans since her graduation from law school in 1988.

**WHEREFORE**, plaintiff requests a judgment finding that the obligations to the defendants, SALLIE MAE SERVICING CORP. and TEXAS GUARANTEED STUDENT LOAN CORPORATION, are dischargeable in bankruptcy for reasons of hardship pursuant to 11 USC 523(a)(8).

Dated:    April 16, 2004.

                                     CAROL J. REID, f/k/a
                                     C. JEAN THOMAS-BEY, Plaintiff

                             By _____
                                  STEVEN C. MILLS, Her Attorney

STEVEN C. MILLS
Attorney at Law
206 South Sixth Street
Springfield, IL 62701
(217) 753-2444

## PROOF OF SERVICE

The undersigned being first duly sworn, deposes and says that he deposited a copy of the foregoing instrument in the United States Mail, with First Class Postage affixed thereto and fully prepaid, at Springfield, Illinois, on the __17th__ day of April, 2004, plainly addressed to:

John C. Swartz, Trustee
P.O. Box 2117
Springfield, IL 62705-2117

U.S. Trustee
Room 1100
401 Main Street
Peoria, IL 61602

Sallie Mae Servicing Corp.
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Sallie Mae Servicing Corp.
P.O. Box 6229
Indianapolis, IN 46206-6229

Texas Guaranteed Student Loan Corp.
P.O. Box 201635
Austin, TX 78720-1635

Texas Guaranteed Student Loan Corp.
P.O. Box 83100
Round Rock, TX 78683

National Payment Center
U.S. Dept. Of Education
P.O. Box 4169
Greenville, TX 75403

U.S. Attorney
U.S. Courthouse
600 East Monroe
Springfield, IL 62701

_____
STEVEN C. MILLS