**The SMART LOAN® Account**

MARKETING ASSOCIATION

# Application/Promissory Note

(Failure to complete all information will result in processing delays.)

RECEIVED

## Section I: Personal Information

1. LAST NAME: Thomas-Bey  FIRST NAME: C. Jean  MIDDLE INITIAL: —
1a. PRIOR NAME (for reference): Bret T. Reid
4. DAYTIME TELEPHONE: 818-715-6446
   EVENING TELEPHONE: 213-834-9700

2. 638 N. Bay Line #317 — SOCIAL SECURITY NUMBER: 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

3. Wilmington, CA 90744 — DATE OF BIRTH: 12-17-47
4a. GRADUATION DATE: 1988

4b. DRIVER'S LICENSE NUMBER AND STATE: A5994542 / CA

5. EMPLOYER: Bellington, Stile & Curry
   21900 Burbank
   Woodland Hills, CA 91365

6. Name and Address of a Relative Who Does Not Live With Me:
   Thompson, Sally J.
   2532 So. Holmes
   Springfield, IL 62704
   217-522-7281

7. Name and Address of a Non-Relative:
   Rita Till
   3240 E. Sangamon
   Springfield, IL 62702
   217-523-5733

## Section II: Student Loan Information (Please read instructions carefully.)

| 8. NAME AND ADDRESS OF CREDITOR | 9. | 10. TYPE OF LOAN | 11. INTEREST RATE | 12. DATE OF FIRST DISBURSEMENT | 13. ACCOUNT NUMBER | 14. ESTIMATED CURRENT OUTSTANDING BALANCE |
|---|---|---|---|---|---|---|
| 12. 1st American Bank NA, Washington, DC | X | ALAS | 12 | 7/85 | 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 | 1,400+ |
| 11. " " " " | X | GSL | 8 | 8/85, 1/86 | | 5,000+ |
| 12. " " " " | X | ALAS | 12 | 1-86 | | 600+ |
| " " " " | X | GSL | 8 | 5-86 | | 2,233+ |
| 11. Norwest Bank So. Dakota NA | X | GSL | 8 | 8-86 | | 1,384+ |
| " " " " | X | GSL | 8 | 1-87 | | 1,383+ |

(If you need to list additional loans, attach another sheet.)

**BEST COPY**

## Section III: REPAYMENT OPTIONS/Combined Payment Plan

All Borrowers: Check One
HEAL Borrowers:

15. ☐ OPTION MAX-2   ☒ OPTION MAX-4   ☐ LEVEL PAYMENT PLAN
16. ☒ Yes ...

## Section IV: General Information (Please read and sign in both places indicated.)

17. **PROMISE TO PAY**

**APPLICANT CERTIFICATION**

**CRIMINAL PENALTIES**

18. APPLICANT SIGNATURE
    X C. Jean Thomas-Bey    DATE: 2-22-90

**PERMISSION TO VERIFY LOAN BALANCES**

19. APPLICANT SIGNATURE
    X C. Jean Thomas-Bey    DATE: 2-22-90   SOC. SEC. NO: 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

**SALLIE MAE COPY**

Exhibit A

| | Creditor | RECEIVED FEB 27 1990 | | Type | ? | Due Date | Amount | Est. Balance |
|---|---|---|---|---|---|---|---|---|
| 7 | Norwest Bank So. Dakota, NA | | X | ALAS | 12 | 10-86 | | 1,500 + |
| 8 | " " " | | X | ALAS | 12 | 11-86 | | 1,500 + |
| 7 | Hemar Service Corp. of Amer. | | | Non | ? | 11-86 | * | 2,033 + |
| 10 | Norwest Bank So. Dakota, NA | | X | GSL | 8 | 5-87 | | 2,430 + |
| 11 | " " " | | X | GSL | 8 | 9-87 | | 1,295 + |
| | " " " | | X | GSL | 8 | 12-87 | | 1,394 + |
| 12 | " " " | | X | ALAS | 10-23 | 9-87 | | 1,500 + |
| 11 | " " " | | X | GSL | 8 | 9-87 | | 1,141 + |
| | " " " | | X | GSL | 8 | 1-88 | | 1,140 + |
| 12 | " " " | | X | ALAS | 10-23 | 10-87 | | 1,000 + |
| | " " " | | X | ALAS | 10-23 | 12-87 | 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 | 490 + |

\* 1096335813-00034

C. Jean Thomas-Bay

**SallieMae Servicing**
CORPORATION
P.O. BOX 9500
WILKES BARRE PA 18773-9500

(888) 272-5543

---

CAROL J REID
1616 W ADAMS ST
SPRINGFIELD IL 62704-1504

ACCOUNT NUMBER: 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-1

Dear CAROL J REID,                                                      06/03/02

This is your payment history for the student loans starred(*) below, including up to the last 50 transactions on your account. Your next payment of $    20.00 is due on 06/26/02. *Please note, transaction codes of 880 and 980 represent capitalized interest (interest added to the principal of your loan).* Past due amounts, if any, are due immediately.

Please call us if you have any questions.

## Account Payment Information

| DATE | DESCRIPTION | AMOUNT | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO LATE CHARGES |
|---|---|---|---|---|---|
| 05/01/02 | PAYMENT | 40.00 | | 40.00 | |
| 03/19/02 | PAYMENT | 20.00 | | 20.00 | |
| 01/28/02 | PAYMENT | 20.00 | | 20.00 | |
| 01/02/02 | PAYMENT | 20.00 | | 20.00 | |
| 12/03/01 | PAYMENT | 20.00 | | 20.00 | |
| 09/07/01 | PAYMENT | 20.00 | | 20.00 | |
| 08/15/01 | PAYMENT | 20.00 | | 20.00 | |
| 06/28/01 | PAYMENT | 20.00 | | 20.00 | |
| 06/12/01 | PAYMENT | 20.00 | | 20.00 | |
| 05/22/01 | PAYMENT | 20.00 | | 20.00 | |
| 04/30/01 | PAYMENT | 20.00 | | 20.00 | |
| 04/03/01 | PAYMENT | 20.00 | | 20.00 | |
| 02/16/01 | PAYMENT | 40.00 | | 40.00 | |
| 01/25/01 | PAYMENT | 20.00 | | 20.00 | |
| 01/16/01 | PAYMENT | 20.00 | | 20.00 | |
| 11/16/00 | PAYMENT | 20.00 | | 20.00 | |
| 10/20/00 | PAYMENT | 20.00 | | 20.00 | |
| 08/30/00 | PAYMENT | 20.00 | | 20.00 | |
| 08/07/00 | PAYMENT | 20.00 | | 20.00 | |
| 07/10/00 | CAPITALIZED INT | 280.23 | 280.23 | | |
| 07/10/00 | PAYMENT | 20.00 | | 20.00 | |
| 06/14/00 | PAYMENT | 20.00 | | 20.00 | |

## Current Account Information

| NUMBER OF LOANS | PRINCIPAL BALANCE [1] | ACCRUED INTEREST | TOTAL BALANCE |
|---|---|---|---|
| 02 | $  5,991.96 | $  603.18 | $  6,595.14 |

[1] Includes all capitalized interest.

## Loan Information

The list below includes all the loans in your account with us. Payments in this letter are listed for the loans marked with a star (*).

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 09/29/90 | $ 28,177.79 | $     .00 | 9.000 | SMART LOAN |
| * 09/29/90 | 3,252.45 | 5,991.96 | 9.000 | |

Exhibit B



359346049196259195

K056  UGLOH0  3410

**SallieMae Servicing**
CORPORATION

CAROL J REID
1616 W ADAMS ST
SPRINGFIELD IL 62704-1504

ACCOUNT NUMBER: 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-1

Page 2

06/03/02

## Account Payment Information

| DATE | DESCRIPTION | AMOUNT | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO LATE CHARGES |
|---|---|---|---|---|---|
| 05/15/00 | PAYMENT | 20.00 | | 20.00 | |
| 04/20/00 | PAYMENT | 20.00 | | 20.00 | |
| 03/06/00 | PAYMENT | 20.00 | | 20.00 | |
| 02/10/00 | PAYMENT | 10.00 | | 10.00 | |
| 01/10/00 | PAYMENT | 20.00 | | 20.00 | |
| 12/29/99 | PAYMENT | 20.00 | | 20.00 | |
| 11/17/99 | PAYMENT | 10.00 | | 10.00 | |
| 09/23/99 | PAYMENT | 20.00 | | 20.00 | |
| 08/18/99 | PAYMENT | 20.00 | 7.59 | 12.41 | |
| 08/11/99 | PAYMENT | 20.00 | | 20.00 | |
| 07/26/99 | CAPITALIZED INT | 2,466.87 | 2,466.87 | | |
| 07/26/99 | PAYMENT | 10.00 | | 10.00 | |

## Loan Information

The list below includes all the loans in your account with us. Payments in this letter are listed for the loans marked with a star (*).

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| | $ | $ | | |

K056   UGLOH0   3410

**TGSLC**

Texas Guaranteed Student Loan Corporation
P.O. Box 201725  •  Austin, Texas 78720-1725  •  512-219-5700  •  800-252-9743

November 3, 1997

CAROL J. REID
1012 W EDWARDS ST
SPRINGFIELD, IL    62704

*Education Services
(800) 224-8851*

### ***YOUR STUDENT LOAN IS NOW IN DEFAULT***

Re: SSN#:    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             Original Lender: SALLIE MAE/LSC/VA
    Outstanding Balance:  $46,626.52    School Attended:
    Interest rate:   9.000

Dear CAROL J. REID:

On November 3, 1997, Texas Guaranteed Student Loan Corporation (TGSLC) paid a default claim in the amount of $46,626.52 to SALLIE MAE/LSC/TX. As a result of this default, your original promissory note(s) have been assigned to TGSLC.

***THIS IS AN URGENT MATTER THAT REQUIRES YOUR IMMEDIATE ATTENTION***
***DEMAND IS HEREBY MADE TO REMIT THE ENTIRE OUTSTANDING BALANCE***

Send Check or Money Order To:

TGSLC
P.O. BOX 201635
AUSTIN, TX 78720-1635
(include social security number on your payment)
or
CALL 1-800-222-6297
IMMEDIATELY TO DISCUSS REPAYMENT OF THIS LOAN
(have your social security number ready when you call)

**Please be advised that during the next 60 days you have the opportunity to:**

- Remit the balance in full to TGSLC

- Enter into a repayment agreement satisfactory to TGSLC

- Inspect and copy records pertaining to your student loan obligation by sending a written request to **TGSLC, P.O. Box 201725, Austin, TX 78720**

- Request an administrative review in writing of the legal enforceability or past due status of your loan obligation by sending a completed Request For Administrative Review form (enclosed) to TGSLC, P.O. Box 201725, Austin, TX 78720. If you present objections to collection, TGSLC will send you a written decision explaining TGSLC's intention regarding the collection of your loan. If you disagree with TGSLC's decision you may appeal in writing. You have 30 days from the date of TGSLC's written decision to make such an appeal. Send your written appeal to TGSLC - Program Compliance, Claims Appeals, P.O. Box 201725, Austin, TX 78720-1725.

Exhibit C

| ACCOUNT NUMBER | OUTSTANDING BALANCE |
|---|---|
|  | 82524.02 |
| **PAYMENT DUE DATE** | **PAYMENT DUE AMOUNT** |
| 02/05/04 | 2245.75 |

TEXAS GUARANTEED STUDENT LOAN CORPORATION
P.O. BOX 201635
AUSTIN, TEXAS 78720-1635
(800) 222-6297

**KEEP THIS PORTION FOR YOUR RECORDS**



CAROL         J REID
1616 W ADAMS ST
SPRINGFIELD            IL    62704-1504

**MESSAGES**

To establish Satisfactory Repayment Arrangement (SRA) for loan Consolidation, Rehabilitation or reinstatement of Title IV eligibility, your regular full scheduled payment (regardless of the amount currently billed) must be received each month and no more than 15 days before or after your scheduled payment due date. Failure to meet the terms of the repayment agreement may result in the default being reported to all national credit bureaus, which may adversely affect your credit rating.

REMIT TOTAL BILLED AMOUNT TODAY.
PAYMENTS HAVE NOT BEEN RECEIVED AS PROMISED.

If you have any questions, call 1-800-222-6297 toll free.
This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.

**DETACH HERE AND RETURN BOTTOM PORTION**

0205-17683

| ACCOUNT NUMBER | | DUE DATE | CURRENT AMOUNT DUE | PAST DUE | TOTAL BILLING |
|---|---|---|---|---|---|
| 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 | | 02/05/04 | 590.00 | 1655.75 | 2245.75 |

CAROL         J REID

INDICATE NAME CHANGE BELOW
(ATTACH DOCUMENTATION)
INDICATE ADDRESS/PHONE CHANGE

_____
_____
_____

TO INSURE PROPER CREDIT TO YOUR ACCOUNT
**SEND THIS PORTION WITH PAYMENT
IN THE RETURN ENVELOPE PROVIDED**

TEXAS GUARANTEED STUDENT LOAN CORP.
**ATTN: ACCOUNTING**
P.O. BOX 201635
AUSTIN TX 78720-1635

359346049            24575 0

Exhibit D

**SallieMae Servicing**
P.O. BOX 9500
WILKES BARRE PA 18773-9500

(888) 272-5543

## Invoice

01/11/04

CAROL J REID
1616 W ADAMS ST
SPRINGFIELD IL 62704-1504

MAKE CHECK PAYABLE TO: **SALLIE MAE**

AND SEND TO
OUR PAYMENT ADDRESS: **PO BOX 4700
WILKES-BARRE PA 18773-4700**

0110600001119 3593460490 000010892

| CURRENT PHONE IS: (217) 793-1000 ☐ Changed your address or phone number? Please check box and complete form on reverse side. *Please detach and return with payment.* | PAYMENT DUE DATE **IMMEDIATELY** | PAST DUE AMOUNT **$ 108.92** |
|---|---|---|

| PRINCIPAL BALANCE | MONTHLY PMT | NEXT DUE DATE | PAST DUE AMT | LATE FEE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| $ 5,719.98 | $ 108.92 | 01/26/04 | $ 108.92 | $ 0.00 | $ 217.84 |
| LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | OTHER CHARGES | CORRESPONDENCE ADDRESS: P.O. BOX 9500 WILKES BARRE PA 18773-9500 | |
| 11/17/03 | $ 108.92 | 01/11/04 | $ 0.00 | | |

### YOUR PAYMENT ON YOUR STUDENT LOAN ACCOUNT IS OVERDUE

Continued failure to make timely payment on your delinquent accounts as listed below could result in a late fee of up to 6% of the installment amount of your loan.

You may be charged collection costs permitted under the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations (collectively referred to as the "Act") that we incur for collecting installments not paid when due. Collection costs may include, but are not limited to, costs we incur for returned payments, services to assist in locating you after we have completed activities required by the Act, and collection agency services when your loan is seriously delinquent.

Please mail your payment today to the address listed above. Remember to include your payment coupon and write your social security number on your check. If you have already mailed your payment or made an electronic payment, please disregard this letter.

According to new guidelines issued by the National Automated Clearing House Association (NACHA), financial service providers like Sallie Mae may electronically process payments (checks) received from the customers. During the fall of 2003, Sallie Mae will begin clearing your check electronically instead of cashing the paper check. At that time, (1) all received checks will clear the bank faster and (2) your check will not be returned to you in your bank statement (neither the

### Loan Information
*If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us. Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 09/29/90 | $ 3,252.45 | $ 5,719.98 | 9.000 | |

*Exhibit E*

PHONE (888) 272-5543 • FAX (800) 848-1949 • TDD/TTY (888) 833-7562 • 24 HRS/7 DAYS • www.salliemae.com

96200499

D021    SYSTEM 0001

CAROL J REID
1616 W ADAMS ST
SPRINGFIELD IL 62704-1504

Page 2                                                          01/11/04

original check, nor an imaged copy). In the event that Sallie Mae is
unable to process your payment electronically, it will be converted to
a paper check. Your bank statement is valid proof of payment. Please
note the check debit on your bank statement will reflect Sallie Mae as
the payee. If you should have any further questions, please visit our
web site at www.salliemae.com.

Do you have a checking or savings account? Automatic debit from your
account is the best method to make sure your payments are always
timely. Simply fill out the convenient authorization form in your
coupon book or you can download the form from our web site at
www.salliemae.com.

Are you experiencing difficulty in making your scheduled payments? Do
you have questions about different repayment plans available? You can
contact our Customer Service Unit Toll Free at 1-888-272-5543 to
discuss repayment options for which you may qualify. You can also
contact us at our web site referenced above or write to us at:

                        P.O. Box 9500
                        Wilkes Barre, PA 18773-9500.

## Loan Information

The list below includes all the loans in your account with us. Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| | $ | $ | | |

D021    SYSTEM 0001